Sara B. Brody, SBN 130222
sbrody@sidley.com
Jaime A. Bartlett, SBN 251825
jbartlett@sidley.com
Sarah A. Hemmendinger, SBN 298659
shemmendinger@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California  94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Norman J. Blears, SBN 95600
nblears@sidley.com
SIDLEY AUSTIN LLP
1001 Page Mill Road, Building 1
Palo Alto, California  94304
Telephone:     (650) 565-7000
Facsimile:     (650) 565-7100

*Attorneys for Defendants Ahmad Chatila, Brian Wuebbels, Martin Truong, Jeremy Avenier, Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tesoriere, James B. Williams, and Randy H. Zwirn*

[Additional counsel appear on signature page.]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COBALT PARTNERS, LP, et al.,<br>        Plaintiffs,<br><br>   vs.<br><br>SUNEDISON , INC., et al.,<br>        Defendants. | Related Case No. 3:16-cv-02263-WHA<br><br>**STIPULATION AND [~~PROPOSED~~] SCHEDULING ORDER**<br><br>Judge:  Hon. William Alsup |
| GLENVIEW CAPITAL PARTNERS, L.P., et al.,<br>        Plaintiffs,<br><br>   vs.<br><br>SUNEDISON , INC., et al.,<br>        Defendants. | Related Case No. 3:16-cv-02264-WHA |

| | |
|---|---|
| CHARLES BLOOM, et al.,<br><br>                  Plaintiffs,<br><br>    vs.<br><br>SUNEDISON , INC., et al.,<br>                  Defendants. | Related Case No. 3:16-cv-02265-WHA |
| OMEGA CAPITAL INVESTORS, L.P., et al.,<br>                  Plaintiffs,<br><br>    vs.<br><br>SUNEDISON , INC., et al.,<br>                  Defendants. | Related Case No. 3:16-cv-02268-WHA |

Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties,[1] by and through their respective undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, March 28, 2016, the action captioned *Cobalt Partners, LP, et al. v. SunEdison, Inc. et al.* ("*Cobalt*") was filed in Superior Court of California, San Mateo County;

WHEREAS, on March 29, 2016, the action captioned *Glenview Capital Partners, L.P. et al. v. SunEdison, Inc. et al.* ("*Glenview*") was filed in the Superior Court of California, San Mateo County;

WHEREAS, on March 30, 2016, the action captioned *Omega Capital Investors, L.P. et al. v. SunEdison, Inc. et al.* ("*Omega*") was filed in the Superior Court of California, San Mateo County;

WHEREAS, on April 4, 2016, the action captioned *Bloom et al. v. SunEdison, Inc. et al.* ("*Bloom*") was filed in the Superior Court of California, San Mateo County;

WHEREAS, on April 26, 2016, Defendants removed *Bloom*, *Cobalt*, *Glenview*, and *Omega* to federal court;

WHEREAS, on May 26, 2016, Plaintiffs moved to remand *Bloom*, *Cobalt, Glenview,* and *Omega* to state court [*Bloom* Dkt. 16; Cobalt Dkt. 53-54; *Glenview* Dkt. 41-42; *Omega* Dkt. 40-41];

WHEREAS, on May 27, 2016, Defendants moved to transfer *Glenview* and *Bloom* to the Southern District of New York [*Glenview* Dkt. 43; *Bloom* 17-18];

WHEREAS, on June 1, 2016, Defendants moved to transfer *Cobalt* and *Omega* to the Southern District of New York [*Cobalt* Dkt. 58-59; *Omega* Dkt. 45];

WHEREAS, Plaintiffs' motions to remand *Cobalt*, *Omega*, and *Glenview*, and Defendants' motions to transfer *Cobalt* and *Omega* are scheduled to be heard on August 18, 2016 at 8:00 a.m.;

WHEREAS, Defendants intend to re-notice their motions to transfer *Glenview* and *Bloom* for August 18, 2016 at 8:00 a.m., and Plaintiffs in *Bloom* intend to re-notice their motion to remand *Bloom* for August 18, 2016 at 8:00 a.m.;

---

[1] Individual defendants join in this stipulation to the extent applicable to the cases in which they are named.

1    WHEREAS, pursuant to N.D. Cal. Civ. L.R. 7-3, Defendants' responses to the motions to
2    remand are due by June 9, 2016, and Plaintiffs' replies are due by June 16, 2016;
3    WHEREAS, pursuant to N.D. Cal. Civ. L.R. 7-3, Plaintiffs' response to the motions to
4    transfer *Glenview* and *Bloom* are due by June 10, 2016, and Defendants' replies are due by June
5    17, 2016;
6    WHEREAS, pursuant to N.D. Cal. Civ. L.R. 7-3, Plaintiffs' responses to the motions to
7    transfer *Cobalt* and *Omega* are due by June 15, 2016, and Defendants' replies are due by June 22,
8    2016;
9    WHEREAS, Defendants' deadline to respond to the Complaint in *Omega* is July 1, 2016
10   [*Omega* Dkt. 35];
11   WHEREAS, Defendants are not required to plead or otherwise respond to the Complaint in
12   *Glenview* until after the motion to remand and the motion to transfer venue are decided [*Glenview*
13   Dkt. 38];
14   WHEREAS, by agreement of the parties, Defendants are not required to plead or otherwise
15   respond to the Complaint in *Bloom* until after the motion to remand and the motion to transfer
16   venue are decided;
17   WHEREAS, due to the complexity of the issues raised in these multiple pending motions in
18   multiple related cases, the parties have requested additional time to fully address all issues, and do
19   so in an organized and coordinated fashion;
20   WHEREAS, the parties have met and conferred over the requested extension and
21   negotiated and agreed to the briefing schedule set forth below, which provides: (1) Plaintiffs to and
22   including July 1, 2016 to file their responses to the motions to transfer, and Defendants to and
23   including July 1, 2016 to file their responses to the motions to remand; and (2) Plaintiffs to and
24   including July 29, 2016 to file any reply in support of their motions to remand, and Defendants to
25   and including July 29, 2016 to file any reply in support of their motions to transfer; (3) Defendants
26   to and including August 12, 2016 to respond to the complaints in *Omega* and *Glenview*.
27   WHEREAS, the agreed schedule will not delay any scheduled hearings;
28   WHEREAS, Plaintiffs previously agreed to provide Defendants an extension of time to

respond to the Complaints in *Cobalt, Omega*, and *Glenview* until May 20, 2016, and the Defendants' deadlines to respond in *Omega* and *Glenview* were further extended as set forth above;

WHEREAS, Plaintiffs in *Bloom* previously agreed that Defendants are not required to respond to the Complaint until after the motion to transfer and motion to remand are decided;

WHEREAS, the Court has previously ordered, pursuant to stipulation, an extension of time to file opposition and reply briefs to Defendants' motion to dismiss *Cobalt* to July 1, 2016 and July 29, 2016, respectively;

WHEREAS, no other extensions of time have been granted in these actions;

NOW THEREFORE, the parties here by agree and stipulate to the following deadlines:

1. Plaintiffs' oppositions to Defendants' motions to transfer in *Bloom*, *Cobalt, Omega,* and *Glenview* shall be filed on or before July 1, 2016;

2. Defendants' oppositions to Plaintiffs' motions to remand in *Bloom*, *Cobalt, Omega,* and *Glenview* shall be filed on or before July 1, 2016;

3. Plaintiffs' replies in support of their motions to remand in *Bloom*, *Cobalt, Omega*, and *Glenview* shall be filed on or before July 29, 2016;

4. Defendants' replies in support of their motions to transfer in *Bloom*, *Cobalt, Omega*, and *Glenview* shall be filed on or before July 29, 2016;

5. In the interests of efficiency, the parties may, but are not required to, submit consolidated briefs in opposition to or replies in support of the pending motions to remand and transfer;

6. Defendants' responses to the Complaints in *Omega* and *Glenview* shall be filed on or before August 12, 2016;

7. Defendants shall not be required to respond to the Complaint in *Bloom* until after the Court rules on the motions for remand and transfer.

Dated: June 6, 2016 Respectfully Submitted,

By: */s/ Sara B. Brody*
Sara B. Brody, SBN 130222
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, California 94104
Telephone: (415) 772-1200
Facsimile: (415) 772-7400
sbrody@sidley.com

*Attorneys for SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Martin Truong, Jeremy Avenier, Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tesoriere, James B. Williams, and Randy H. Zwirn*

By: */s/ Jie (Lisa) Li*
Jie (Lisa) Li, SBN 260474
WILMER CUTLER PICKERING
HALE AND DORR LLP
950 Page Mill Road
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile (650) 858-6100
Lisa.Li@wilmerhale.com

Michael Bongiorno (admitted *pro hac vice*)
Timothy Perla (admitted *pro hac vice*)
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile (617) 526-5000
Michael.Bongiorno@wilmerhale.com
Timothy.Perla@wilmerhale.com

*Attorneys for TerraForm Global, Inc., and Peter Blackmore*

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   |   |
| 3 | By: | */s/ Ismail J. Ramsey* |
|   |   | Ismail J. Ramsey (SBN 189820) |
| 4 |   | RAMSEY & EHRLICH LLP |
|   |   | 803 Hearst Ave |
| 5 |   | Berkeley, CA 94710 |

By: */s/ Ismail J. Ramsey*
Ismail J. Ramsey (SBN 189820)
RAMSEY & EHRLICH LLP
803 Hearst Ave
Berkeley, CA 94710
Tel: (510) 548-3600
Fax: (510) 291-3060
izzy@ramsey-ehrlich.com

Kevin J. O'Connor  (Admitted *Pro Hac Vice*)
HINCKLEY ALLEN
28 State Street
Boston, MA 02109-1775
Tel: (617) 378-4190
Fax: (617) 378-4191
koconnor@hinkleyallen.com

*Attorneys for Carlos Domenech Zornoza*


By: */s/ Daniel H. Bookin*
Daniel H. Bookin (SBN 78996)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
dbookin@omm.com

*Attorneys for Alejandro Hernandez*


By: */s/ Patrick D. Robbins*
Patrick D. Robbins, SBN 152288
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
San Francisco, CA  94105
Telephone:  (415) 616-1210
Facsimile:   (415) 616-1199
probbins@shearman.com

Adam S. Hakki (*pro hac vice* app. to be submitted)
Daniel C. Lewis (*pro hac vice* app. to be submitted)
SHEARMAN & STERLING LLP

7

STIPULATION AND [PROPOSED] SCHEDULING ORDER;
RELATED CASE NOS. 3:16-CV-02263-WHA, 3:16-CV-02264-WHA, 3:16-CV-2265-WHA, AND 3:16-CV-02268-WHA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

599 Lexington Avenue
New York, NY 10022-6069
Telephone:  (212) 848-4000
Facsimile:   (646) 848-4924
ahakki@shearman.com
daniel.lewis@shearman.com

*Attorneys for Underwriters*

| | | |
|---|---|---|
|1| By: | */s/ Jennifer N. Caringal* |
|2| | Jennifer N. Caringal, SBN 286197 |
|3| | Darren J. Robbins, SBN 168593 |
| | | James I. Jaconette, SBN 179565 |
|4| | Scott H. Saham, SBN 188355 |
| | | ROBBINS GELLER RUDMAN & DOWD LLP |
|5| | 655 West Broadway, Suite 1900 |
|6| | San Diego, CA 92101 |
| | | Telephone:  (619) 231-1058 |
|7| | Facsimilie:  (619) 231-7423 |
|8| | Dennis J. Herman, SBN 220163 |
| | | David W. Hall, SBN 274921 |
|9| | ROBBINS GELLER RUDMAN & DOWD LLP |
|10| | Post Montgomery Center |
| | | One Montgomery Street, Suite 1800 |
|11| | San Francisco, CA 94104 |
| | | Telephone:  (415) 288-4545 |
|12| | Facsimilie:  (415) 288-4534 |

*Attorneys for Plaintiffs Cobalt Partners, L.P., Cobalt Partners II, LP, Cobalt Offshore Master Fund LP, Cobalt KC Partners, LP, Glenview Capital Partners, L.P., Omega Capital Investors, L.P., Omega Capital Partners, L.P., Omega Equity Investors, L.P., Omega Overseas Partners, LTD, Glenview Institutional Partners, L.P., Glenview Capital Master Fund, Ltd., Glenview Capital Opportunity Fund, L.P., Glenview Offshore Opportunity Master Fund, Ltd.*

By:  */s/ John Jasnoch*
John Jasnoch, (CA. BAR NO. 281605)
JOHN T. JASNOCH
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619 233-4565
Facsimile: (619) 233-0508
jjasnoch@scott-scott.com

*Attorneys for Plaintiffs Charles Bloom and Sharon Burnstein*

9

STIPULATION AND [PROPOSED] SCHEDULING ORDER;
RELATED CASE NOS. 3:16-CV-02263-WHA, 3:16-CV-02264-WHA, 3:16-CV-2265-WHA, AND 3:16-CV-02268-WHA

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   June 7, 2016.

_____
Honorable William Alsup
United States District Judge

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Scheduling Order. In compliance with Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: June 6, 2016                                   SIDLEY AUSTIN LLP

                                                      By:  */s/ Sara B. Brody*
                                                           Sara B. Brody

                                                           *Attorneys for SunEdison, Inc., Ahmad Chatila, Brian Wuebbels, Martin Truong, Jeremy Avenier, Emmanuel Hernandez, Antonio R. Alvarez, Clayton Daley, Jr., Georganne Proctor, Steven Tesoriere, James B. Williams, and Randy H. Zwirn*