1   Sara B. Brody, SBN 130222
    sbrody@sidley.com
2   Jaime A. Bartlett, SBN 251825
    jbartlett@sidley.com
3   Sarah A. Hemmendinger, SBN 298659
    shemmendinger@sidley.com
4   SIDLEY AUSTIN LLP
    555 California Street, Suite 2000
5   San Francisco, California  94104
    Telephone:  (415) 772-1200
6   Facsimile:  (415) 772-7400

7   Norman J. Blears, SBN 95600
    nblears@sidley.com
8   SIDLEY AUSTIN LLP
    1001 Page Mill Road, Building 1
9   Palo Alto, California  94304
    Telephone:  (650) 565-7000
10  Facsimile:  (650) 565-7100

11  Robin Wechkin (Admitted *pro hac vice*)
    rwechkin@sidley.com
12  SIDLEY AUSTIN LLP
    701 Fifth Avenue, Suite 4200
13  Seattle, Washington 98104
    Telephone:  (206) 262-7680

14

15  *Attorneys for Defendants Ahmad Chatila, Brian Wuebbels, Martin
    Truong, Jeremy Avenier, Emmanuel Hernandez, Antonio R. Alvarez,
    Clayton Daley, Jr., Georganne Proctor, Steven Tesoriere, James B.*
16  *Williams, and Randy H. Zwirn*

17  [Additional counsel appear on signature page.]

18              **UNITED STATES DISTRICT COURT**

19              **NORTHERN DISTRICT OF CALIFORNIA**

20              **SAN FRANCISCO DIVISION**

21  COBALT PARTNERS, LP, et al.,
                        Plaintiffs,                    Related Case No. 3:16-cv-02263-WHA

22          vs.                                        **STIPULATION AND [~~PROPOSED~~]
                                                       SCHEDULING ORDER OF ADR**
23  SUNEDISON , INC., et al.,                          **DEADLINES**
                        Defendants.
24                                                     Judge:  Hon. William Alsup

25

26

27

28

| | |
|---|---|
| GLENVIEW CAPITAL PARTNERS, L.P., et al.,<br>               Plaintiffs,<br><br>     vs.<br><br>SUNEDISON , INC., et al.,<br>               Defendants. | Related Case No. 3:16-cv-02264-WHA |
| CHARLES BLOOM, et al.,<br><br>               Plaintiffs,<br><br>     vs.<br><br>SUNEDISON , INC., et al.,<br>               Defendants. | Related Case No. 3:16-cv-02265-WHA |
| OMEGA CAPITAL INVESTORS, L.P., et al.,<br>               Plaintiffs,<br><br>     vs.<br><br>SUNEDISON , INC., et al.,<br>               Defendants. | Related Case No. 3:16-cv-02268-WHA |

Pursuant to Civil Local Rules 6-2(a) and 7-12, the parties, by and through their respective undersigned counsel of record, submit the following stipulation and proposed order:

WHEREAS, on April 27, 2016 an Initial Case Management Scheduling Order with ADR Deadlines was entered in the case captioned *Cobalt Partners, L.P. v. SunEdison, Inc. et al.*, 3:16-cv-2263 ("*Cobalt*");

WHEREAS the Initial Case Management Conference in *Cobalt* is set for August 18, 2016. [Dkt. 48], and the corresponding deadline to file ADR Certifications and a Notice of Need for ADR Phone Conference or Stipulation to ADR Process is July 28, 2016;

WHEREAS, on April 28, 2016 an Initial Case Management Scheduling Order with ADR Deadlines was entered in the case captioned *Glenview Capital Partners, L.P. v. SunEdison, Inc. et al.*, 3:16-cv-2264 ("*Glenview*");

WHEREAS the Initial Case Management Conference in *Glenview* is set for August 18, 2016.  [*Glenview* Dkt. 48], and the corresponding deadline to file ADR Certifications and a Notice of Need for ADR Phone Conference or Stipulation to ADR Process is July 28, 2016;

WHEREAS, on April 28, 2016 an Initial Case Management Scheduling Order with ADR Deadlines was entered in the case captioned *Bloom v. SunEdison, Inc. et al.*, 3:16-cv-2265 ("*Bloom*");

WHEREAS the Initial Case Management Conference in *Bloom* is set for August 18, 2016. [*Bloom* Dkt. 20], and the corresponding deadline to file ADR Certifications and a Notice of Need for ADR Phone Conference or Stipulation to ADR Process is July 28, 2016;

WHEREAS, on April 27, 2016 an Initial Case Management Scheduling Order with ADR Deadlines was entered in the case captioned *Omega Capital Partners L.P. v. SunEdison, Inc. et al.*, 3:16-cv-2268 ("*Omega*");

WHEREAS the Initial Case Management Conference in *Omega* is set for August 18, 2016. [*Omega* Dkt. 43], and the corresponding deadline to file ADR Certifications and a Notice of Need for ADR Phone Conference or Stipulation to ADR Process is July 28, 2016;

WHEREAS, Defendants have requested additional time to fully discuss available ADR options with their clients, many of whom are individuals, and to gather their clients' signatures;

WHEREAS, Defendants have met and conferred with Plaintiffs over the requested extension, and agreed to extend the deadline to file the ADR Certifications and a Notice of Need for ADR Phone Conference or Stipulation to ADR Process until August 11, 2016;

WHEREAS, the agreed extension will not delay any scheduled hearings;

WHEREAS, Plaintiffs previously agreed to provide Defendants an extension of time to respond to the Complaints in *Cobalt, Omega*, and *Glenview*, and Defendants' deadlines to respond in *Omega* and *Glenview* were further extended by grant of Defendants' Administrative Motions to Extend Time, and Plaintiffs in *Bloom* previously agreed that Defendants are not required to respond to the Complaint until after the motion to transfer and motion to remand are decided;

WHEREAS, the Court has previously ordered, pursuant to stipulation, an extension of time to file opposition and reply briefs to Defendants' motion to dismiss *Cobalt*;

WHEREAS, the Court has previously ordered, pursuant to stipulation, an extension of time to file opposition and reply briefs to Defendants' motions to transfer in *Bloom, Cobalt, Omega,* and *Glenview*, and Plaintiffs' motions to remand in *Bloom, Cobalt, Omega,* and *Glenview*;

WHEREAS, no other extensions of time have been granted in these actions;

NOW THEREFORE, the parties hereby agree, and request the court to order that:

1.      The deadline to file ADR Certifications is extended to August 11, 2016;

2.      The deadline to file a Notice of Need for ADR Phone Conference or Stipulation to ADR Process is extended to August 11, 2016;

1    Dated:  July 28, 2016                    Respectfully Submitted,

2

3                                       By:    _s/ Sara B. Brody_
                                        Sara B. Brody, SBN 130222
4                                       SIDLEY AUSTIN LLP
                                        555 California Street, Suite 2000
5                                       San Francisco, California  94104
                                        Telephone:  (415) 772-1200
6                                       Facsimile:  (415) 772-7400
                                        sbrody@sidley.com
7

8                                       *Attorneys for SunEdison, Inc., Ahmad Chatila,*
                                        *Brian Wuebbels, Martin Truong, Jeremy*
9                                       *Avenier, Emmanuel Hernandez, Antonio R.*
                                        *Alvarez, Clayton Daley, Jr., Georganne*
10                                      *Proctor, Steven Tesoriere, James B. Williams,*
                                        *and Randy H. Zwirn*
11

12

13                                      By:    _s/ Jie Li_
                                        Jie (Lisa) Li, SBN 260474
14                                      WILMER CUTLER PICKERING
                                        HALE AND DORR LLP
15                                      950 Page Mill Road
                                        Palo Alto, California 94304
16                                      Telephone: (650) 858-6000
                                        Facsimile (650) 858-6100
17                                      Lisa.Li@wilmerhale.com

18
                                        Michael Bongiorno (admitted *pro hac vice*)
19                                      Timothy Perla (admitted *pro hac vice*)
                                        WILMER CUTLER PICKERING
20                                      HALE AND DORR LLP
                                        60 State Street
21                                      Boston, Massachusetts 02109
                                        Telephone: (617) 526-6000
22                                      Facsimile (617) 526-5000
                                        Michael.Bongiorno@wilmerhale.com
23                                      Timothy.Perla@wilmerhale.com

24
                                        *Attorneys for TerraForm Global, Inc., and*
25                                      *Peter Blackmore*

26

27

28

STIPULATION AND [PROPOSED] SCHEDULING ORDER OF ADR DEADLINES;
RELATED CASE NOS. 3:16-CV-02263-WHA, 3:16-CV-02264-WHA, 3:16-CV-2265-WHA, AND 3:16-CV-02268-WHA

1

2

3

4

5

By:     _s/ Ismail J. Ramsey_____
6
Ismail J. Ramsey (SBN 189820)
7
RAMSEY & EHRLICH LLP
803 Hearst Ave
8
Berkeley, CA 94710
Tel:  (510) 548-3600
9
Fax:  (510) 291-3060
izzy@ramsey-ehrlich.com

10
Kevin J. O'Connor  (Admitted *Pro Hac Vice*)
11
HINCKLEY ALLEN
28 State Street
12
Boston, MA 02109-1775
Tel:  (617) 378-4190
13
Fax:  (617) 378-4191
koconnor@hinkleyallen.com

14
*Attorneys for Carlos Domenech Zornoza*
15

16
By:     _s/ Daniel H. Bookin_____
Daniel H. Bookin (SBN 78996)
17
O'MELVENY & MYERS LLP
18
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
19
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
20
dbookin@omm.com

21
*Attorneys for Alejandro Hernandez*
22

23
By:     _s/ Patrick D. Robbins_____
Patrick D. Robbins, SBN 152288
24
SHEARMAN & STERLING LLP
535 Mission Street, 25th Floor
25
San Francisco, CA  94105
Telephone:  (415) 616-1210
26
Facsimile:   (415) 616-1199
probbins@shearman.com
27

28

6

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Adam S. Hakki (Admitted *pro hac vice*
Daniel C. Lewis (Admitted *pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022-6069
Telephone:  (212) 848-4000
Facsimile:   (646) 848-4924
ahakki@shearman.com
daniel.lewis@shearman.com

*Attorneys for Underwriters*

1

2                 By:     *s/ Jennifer N. Caringal*

                       Jennifer N. Caringal, SBN 286197

3                        Darren J. Robbins, SBN 168593

                       James I. Jaconette, SBN 179565

4                        Scott H. Saham, SBN 188355

                       ROBBINS GELLER RUDMAN & DOWD LLP

5                        655 West Broadway, Suite 1900

                       San Diego, CA 92101

6                        Telephone:  (619) 231-1058

7                        Facsimilie:  (619) 231-7423

8                        Dennis J. Herman, SBN 220163

                       David W. Hall, SBN 274921

9                        ROBBINS GELLER RUDMAN & DOWD LLP

                       Post Montgomery Center

10                       One Montgomery Street, Suite 1800

11                       San Francisco, CA 94104

                      Telephone:  (415) 288-4545

12                       Facsimilie:  (415) 288-4534

13                       *Attorneys for Plaintiffs Cobalt Partners, L.P.,*

                      *Cobalt Partners II, LP, Cobalt Offshore Master*

14                       *Fund LP, Cobalt KC Partners, LP, Glenview*

                      *Capital Partners, L.P., Omega Capital Investors,*

15                       *L.P., Omega Capital Partners, L.P., Omega*

                      *Equity Investors, L.P., Omega Overseas*

16                       *Partners, LTD, Glenview Institutional Partners,*

                      *L.P., Glenview Capital Master Fund, Ltd.,*

17                       *Glenview Capital Opportunity Fund, L.P.,*

                      *Glenview Offshore Opportunity Master Fund,*

18                       *Ltd.*

19                By:     *s/ John Jasnoch*

20                       John Jasnoch, (CA. BAR NO. 281605)

                      JOHN T. JASNOCH

21                       707 Broadway, Suite 1000

                      San Diego, CA 92101

22                       Telephone: 619 233-4565

                      Facsimile: (619) 233-0508

23                       jjasnoch@scott-scott.com

24                       *Attorneys for Plaintiffs Charles Bloom and*

                      *Sharon Burnstein*

25

PURSUANT TO STIPULATION, IT IS SO ORDERED.

26 Dated:  August 8, 2016.                             

27                       Honorable William Alsup

28                       United States District Judge

8