1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

CHARLES BLOOM AND SHARON                    No. C 16-02265 WHA
11   BURNSTEIN, Individually and on Behalf of All
Others Similarly Situated ,                     *Related Cases:*
12
Plaintiffs,                         Case No. 16-cv-02263-WHA
13                                                  Case No. 16-cv-02264-WHA
v.                                         Case No. 16-cv-02268-WHA
14                                                  Case No. 16-cv-04883-WHA

15   SUNEDISON, INC. ET AL.,

16            Defendants.                         **ORDER REQUESTING
                                                 RESPONSE REGARDING
17   _____/           CONSOLIDATION OF *BLOOM*
                                                 ACTIONS**
18   AND RELATED CASES.

_____/

19           The Court is inclined to consolidate the two *Bloom* actions for transfer forthwith to the

20   United States District Court for the Southern District of New York.  **BY NOON ON SEPTEMBER**

21   **21, 2016**, counsel for both sides of the *Bloom* actions should submit an agreed-upon form of

22   order.

23

24           **IT IS SO ORDERED.**

25

26   Dated:  September 19, 2016.

27                                                  _____
                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE
28