**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11  CHARLES BLOOM AND SHARON
    BURNSTEIN, Individually and on Behalf of All
12  Others Similarly Situated ,

13              Plaintiffs,

14   v.

15  SUNEDISON, INC. ET AL.,

16              Defendants.
                                                    /
17  AND RELATED CASES.

18                                                  /

No. 16-02265 WHA

*Related Cases:*

Case No. 16-cv-02263-WHA
Case No. 16-cv-02264-WHA
Case No. 16-cv-02268-WHA
Case No. 16-cv-04883-WHA


**ORDER TRANSFERRING**
***BLOOM* ACTIONS**

19       Pursuant to the prior order granting defendants' motion to transfer (Dkt. No. 73), and the

20  prior order consolidating *Bloom I* (Case. No. 16-02265 WHA) and *Bloom II* (Case No.

21  16-cv-04883-WHA) (Dkt. No. 80), *Bloom I* and *Bloom II* are hereby transferred to the United

22  States District Court for the Southern District of New York.

23       The Clerk shall transfer *Bloom I* (Case. No. 16-02265 WHA) and *Bloom II* (Case No.

24  16-cv-04883-WHA) forthwith.  The related actions — *Cobalt*, *Glenview*, and *Omega* — shall

25  remain stayed pending resolution of the petitions for interlocutory review.

26       **IT IS SO ORDERED.**

27

28  Dated:  September 21, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE